# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| GALA KIRBY, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | 1:13-CV-216 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| GENTIVA HEALTHCARE SERVICES, LLC, | ) | |
| | ) | |
| *Defendant*. | ) | |

## O R D E R

Counsel for the parties have advised the Court that the matters in controversy have been settled to the satisfaction of all the parties. Accordingly it is **ORDERED** that all counsel shall appear in person before the United States District Judge on **Friday, September 26, 2014 at 10:00 a.m.**, for a conference with regard to the status of the final order. In the event a final order is submitted prior to the conference, the conference will be canceled.

SO ORDERED.

ENTER:

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**