IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| GALA KIRBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:13-cv-216 |
| v. | ) |
| | ) **JURY DEMANDED** |
| GENTIVA HEALTHCARE SERVICES (USA) LLC, | ) |
| | ) |
| Defendant. | ) |

**AGREED JUDGMENT ORDER OF COMPROMISE SETTLEMENT AND DISMISSAL WITH PREJUDICE**

It appearing to this Court from statement of Counsel that all parties to this civil action have resolved all allegations of the Complaint, more particularly set forth below, and have agreed to their settlement to the mutual satisfaction of each party. Accordingly, this matter should, therefore, be dismissed with prejudice, including but not limited to Plaintiff's claims for:

(1) Retaliation in violation of the Tennessee Human Rights Act (THRA), T.C.A. § 4-21-101, et. seq.;

(2) Retaliation in violation of the Tennessee Public Protection Act, T.C.A. § 50-1-304;

(3) Common Law Termination against Public Policy.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the matters and controversy at issue in this cause between the parties have been fully and finally compromised and settled to the mutual satisfaction of each, and that this matter should, therefore, be dismissed

with prejudice. Because there are no other matters outstanding in this case, the Court DIRECTS the Clerk to CLOSE the case.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ Debra C. Poplin
 CLERK OF COURT